SCOTT *v.* BOND, tax-commissioner.

BECK, P. J. Under the ruling in *Stevenson* v. *Bond,* ante, 71, the judgment in this case is

*Affirmed. All the Justices concur, except Gilbert, J., disqualified.*